UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MS. SHIRRON MARIE ADAMS     ) | |
| )  | |
| v.                                                        ) | |
| )                                                 | Civil Action No.  05-10399-RCL |
| WASHINGTON D.C. WHITE HOUSE     ) | |
| and GEORGE BUSH                              ) | |
| )                                                 | |

### ORDER OF RECUSAL

LINDSAY, D.J.

    I hereby recuse myself with respect to the above-entitled action.

SO ORDERED.

                                      /s/ REGINALD C. LINDSAY
                                      UNITED STATES DISTRICT JUDGE

DATED:   March 22, 2005