**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil  No.   05-10399 RCL

Title:   Ms. Shirron Marie Adams v.  Washington D.C. White House et. al

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge   Lindsay   has been reassigned to Judge   Lasker   for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials MEL   .

Thank you for your cooperation in this matter.


SARAH A. THORNTON
CLERK OF COURT

By:   /s/ Don C. Stanhope
Deputy Clerk

Date:   3/24/05

(Notice of LR40.1 Reassign.wpd - 3/7/2005)