UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MS. SHIRRON MARIE ADAMS,  )<br>            Plaintiff,        )<br>                                )   Civil Action No. 05-10399-MEL<br>      v.                        )<br>                                )<br>WASHINGTON D.C. WHITE HOUSE, )<br>AND GEORGE BUSH,                )<br>            Defendants.     )  | |

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

G     DENIED for the following reason(s):

☒     No summonses shall issue at this time in light of the Memorandum and Order of Dismissal of this action.

SO ORDERED.

March 25, 2005                                         /s/ Morris E. Lasker
DATE                                                        MORRIS E. LASKER
                                                                  UNITED STATES DISTRICT JUDGE