```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

MS. SHIRRON MARIE ADAMS,            )
            Plaintiff,              )
                                    ) Civil Action No. 05-10399-MEL
        v.                          )
                                    )
WASHINGTON D.C. WHITE HOUSE,        )
AND GEORGE BUSH,                    )
            Defendants.             )

### ORDER OF DISMISSAL

LASKER, Senior Judge.

In accordance with the Memorandum and Order dated March 25, 2005, directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter be dismissed in its entirety.

By the Court,

/s/ George Howarth
Deputy Clerk

Dated: March 29, 2005