Ms. S[...]
A[...] J[...]

05cv10399-MEL

8/[52]/05

To Whom it may concern,

I have written [...] [...] [...] [...]
[...] [...] [...]
[...] [...] [...] [...] current [...]
against the [...] [...] [...] [...] have [...]
I have [...] here at [...] [...] [...] for
about [...] [...] [...] [...] and [...]
[...] [...] [...] [...] [...] 7 so
anyone [...] [...] [...] case [...] [...] [...]
have to be held [...] [...] Detainer cases for holding
[...] [...] [...] [...]. 45 if the [...] 5 days is
necessary but no more [...]

Under the law I am no longer [...] [...] [...] [...]
and the [...] (first [...]) [...] [...] [...]
the will [...] [...] [...] [...] [...] [...] paid
the [...] [...] [...] [...] [...]

No [...] [...] [...] [...] [...]
$581.00 − $2.96 = $581.[3]2 for my personal [...]
which [...] [...] [...]

The money was taken.

$2,600.00 from being held from 4/10/2005 to date 8/05 and $50.00 upon being [illegible] from [illegible].

[illegible] day of [illegible] our apps.

$3,231.54 and [illegible] I will be owed an additional $10.00 a day.

Please [illegible] a bill and never [illegible] release me without my money. I have notified the Department of [illegible] in writing and I see will [illegible] get a hold of [legal] aid. I wrote 7/27/05, 8/10/05, and [illegible] 8/1/05.

This is very annoying that I am still here, and I am being held for no [illegible] at all.

[illegible several lines]

I am not even an inmate. Please [illegible] immediately from [illegible] [illegible]