**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

August 28, 2005

Shirron M. Adams
Apartment 409
100 Green Street
Fall River, MA 02720

      Re:  *Adams v. Washington D.C.*
           05-CV-10399-MEL

Dear Ms. Adams,

      I am writing in response to your letter dated August 23, 2005. Your case was dismissed on March 25, 2005, on the grounds that the Complaint failed to state a claim upon which relief could be granted. As the case is now closed, the Court lacks jurisdiction to address the issues raised in your letter, which is accordingly enclosed and returned to your possession.

                              Very truly yours,

                              Susan Farbstein
                              Law Clerk to U.S.D.J. Lasker