CA 05-10399 MEL

To whom it may concern,

My name is Ms. Shirron Marie Adams.

I am currently searching for a Federal attorney to represent me on my case against Washington D.C.'s White House and George Bush pro-bono.

If you can assist me your assistance is greatly appreciated

Thank You,

Sincerely Yours,

*[signature]*

Ms. Shirron Adams

MCI Framingham         Taunton State
P.O. Box 9007          Hospital
Framingham, MA         P.O. Box 4007
       01701           Taunton, MA 02780

Boston Federal
John Joseph Moakly Courthouse
1 Courthouse Way
Boston, Ma.

Ms. SHIRRON M. Adams
v.
White House George Bush

p.s.
Mitt Romney referred me