**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

December 7, 2005

Shirron M. Adams
MCI Framingham
P.O. Box 9007
Framingham, MA 01017

      Re:  *Adams v. Washington D.C.*
           05-CV-10399-MEL

Dear Ms. Adams,

      I am writing in response to your letter received by the Court on December 5, 2005. Your case was dismissed on March 25, 2005, on the grounds that the Complaint failed to state a claim upon which relief could be granted. In other words, the case is now closed. As a result, the Court cannot consider or grant your request for counsel.

                        Very truly yours,

                        Susan Farbstein
                        Law Clerk to U.S.D.J. Lasker